UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEENA SOHN,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.  25-cv-10512-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on March 18, 2026, the Court orders the following schedule:

• Deadline to complete private mediation:                    June 1, 2026

• Last day to complete discovery (including hearings):       July 24, 2026

• Opening Rule 52 Briefs:                                    November 13, 2026

• Responsive Rule 52 Briefs:                                 December 4, 2026

• Hearing on Cross Motions:                                  January 7, 2027

The Court will hold a further case management conference on October 7, 2026 at 2:00 pm by Zoom videoconference.  An updated statement is due one week in advance.  The parties' statement should address whether referral for a magistrate judge settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: March 18, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California